Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30997−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Juana F. Henriquez−Upia
 1677 JFK Blvd, Unit 6
 Jersey City, NJ 07305

Social Security No.:
 xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/20 at 10:00 AM

to consider and act upon the following:

36 − Motion for Relief from Stay re: 2014 Toyota Corolla; VIN: 2T1BURHE0EC159213. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Maria A Medina Filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Hearing scheduled for 3/24/2020 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Certification Regarding Post−Petition Payment History # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) INCORRECT HEARING DATE SET. (Stewart, Gavin) Modified on 2/28/2020 (car).

Dated: 2/28/20

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court