Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30997−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juana F. Henriquez−Upia
    1677 JFK Blvd, Unit 6
    Jersey City, NJ 07305

Social Security No.:
    xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/1/20 at 10:00 AM

to consider and act upon the following:

*36* − Motion for Relief from Stay re: 2014 Toyota Corolla; VIN: 2T1BURHE0EC159213. Fee Amount $ 181., Motion for Relief from Co−Debtor Stay of Maria A Medina Filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Hearing scheduled for 3/24/2020 at 09:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Certification Regarding Post−Petition Payment History # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) INCORRECT HEARING DATE SET. (Stewart, Gavin) Modified on 2/28/2020 (car).

Dated: 2/28/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Juana F. Henriquez-Upia  
    Debtor

Case No. 18-30997-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1                 Date Rcvd: Feb 28, 2020
                             Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.
db         +Juana F. Henriquez-Upia,    1677 JFK Blvd, Unit 6,    Jersey City, NJ 07305-1860
cr         +Toyota Motor Credit Corporation,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 29 2020 00:17:36
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
           Gavin   Stewart     on behalf of Creditor    Toyota Motor Credit Corporation    gavin@stewartlegalgroup.com
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
           Marie-Ann   Greenberg    magecf@magtrustee.com
           Russell L. Low    on behalf of Debtor Juana F. Henriquez-Upia ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William M. E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.    ecf@powerskirn.com
           William M.E. Powers    on behalf of Creditor    Provident Funding Associates, L.P.    ecf@powerskirn.com
           William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.    ecf@powerskirn.com
                                                                                             TOTAL: 8