| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on June 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Juana F. Henriquez-Upia<br><br>                        Debtor. | Chapter: 13<br><br>Case No.: 18-30997-RG<br><br>Hearing Date: April 15, 2020<br><br>Judge: Rosemary Gambardella |

**CONSENT ORDER RESOLVING MOTION**
**TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Juana F. Henriquez-Upia
Case No.: 18-30997-RG
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay and Co-Debtor Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. As of June 2, 2020, the post-petition arrearage was $**1,075.42**.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2014 Toyota Corolla; VIN: 2T1BURHE0EC159213** ("Property") provided that the Debtor complies with the following:

   a. The Debtor shall cure the post-petition arrearage amount of $1,075.42 by making six (6) consecutive monthly payments of $179.24 beginning with the June 10, 2020 payment and continuing thereon on or before the 10th day of each month until paid in full; and

   b. In addition to the above payments, the Debtor shall resume making the ongoing regular monthly payment in the amount of $483.19 as they become due beginning with the June 10, 2020 payment.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

      5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| /s/ Russell L. Low | /s/Gavin N. Stewart |
|---|---|
| Russell L. Low, Esq. | Gavin N. Stewart, Esq. |
| Low & Low | Stewart Legal Group, P.L. |
| 505 Main Street, Suite 304 | 401 East Jackson Street, Suite 2340 |
| Hackensack, NJ 10605 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:  
Juana F. Henriquez-Upia  
    Debtor

Case No. 18-30997-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 16, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.  
db          +Juana F. Henriquez-Upia,    1677 JFK Blvd, Unit 6,    Jersey City, NJ 07305-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:  
          Gavin Stewart     on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Russell L. Low    on behalf of Debtor Juana F. Henriquez-Upia ecf@lowbankruptcy.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M. E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.  
           ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    Provident Funding Associates, L.P.  
           ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Provident Funding Associates, L.P.  
           ecf@powerskirn.com  
                                                                         TOTAL: 8