**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on July 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    JUANA F. HENRIQUEZ-UPIA

**Case No.:  18-30997 RG**

**Hearing Date:  7/15/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  JUANA F. HENRIQUEZ-UPIA

Case No.:  18-30997

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/15/2020 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $249.00

  starting on 7/1/2020 for the remaining 16 month(s); and it is further

- ORDERED, that the Debtor(s) have paid the Trustee $4371.00 paid into date over 20 months; and it is

  further

- ORDERED, that the Debtor(s) Plan total shall be increased accordingly to cover the secured creditors.