| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JUANA F. HENRIQUEZ-UPIA | Case No.:  18-30997 RG<br><br>Hearing Date:  7/15/2020 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): JUANA F. HENRIQUEZ-UPIA

Case No.: 18-30997

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/15/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $249.00 starting on 7/1/2020 for the remaining 16 month(s); and it is further

- ORDERED, that the Debtor(s) have paid the Trustee $4371.00 paid into date over 20 months; and it is further

- ORDERED, that the Debtor(s) Plan total shall be increased accordingly to cover the secured creditors.

United States Bankruptcy Court
District of New Jersey

In re:  
Juana F. Henriquez-Upia  
    Debtor

Case No. 18-30997-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 17, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2020.  
db         +Juana F. Henriquez-Upia,    1677 JFK Blvd, Unit 6,    Jersey City, NJ 07305-1860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2020 at the address(es) listed below:

         Gavin    Stewart     on behalf of Creditor     Toyota Motor Credit Corporation bk@stewartlegalgroup.com  
         Kevin Gordon McDonald     on behalf of Creditor     Toyota Motor Credit Corporation  
          kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann   Greenberg     magecf@magtrustee.com  
         Russell L. Low     on behalf of Debtor Juana F. Henriquez-Upia ecf@lowbankruptcy.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
         William M. E. Powers, III    on behalf of Creditor     Provident Funding Associates, L.P.  
          ecf@powerskirn.com  
         William M.E. Powers    on behalf of Creditor     Provident Funding Associates, L.P.  
          ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor     Provident Funding Associates, L.P.  
          ecf@powerskirn.com  
                                                                                                                                       TOTAL: 8