Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−30997−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juana F. Henriquez−Upia
   1677 JFK Blvd, Unit 6
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/6/21 at 10:00 AM

to consider and act upon the following:

*60* – Certification in Opposition to (related document:58 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/24/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Juana F. Henriquez−Upia. (Attachments: # 1 Exhibit # 2 Exhibit) (Low, Russell)

Dated: 8/25/21

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court