Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30997−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juana F. Henriquez−Upia
   1677 JFK Blvd, Unit 6
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/1/21 at 10:00 AM

to consider and act upon the following:

*71* − Certification in Opposition to (related document:70 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 11/5/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by Russell L. Low on behalf of Juana F. Henriquez−Upia. (Low, Russell)

Dated: 11/5/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court