| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:  18-30997 |
| IN RE:<br>    JUANA F. HENRIQUEZ-UPIA | Hearing Date:  12/01/2021 |
| | Judge:  ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: December 1, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): JUANA F. HENRIQUEZ-UPIA

Case No.: 18-30997RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 12/01/2021 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 12/1/2021 of the plan filed on 10/13/2021, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 12/10/2021 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 1/19/2022 at 8:30 am.