Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 18−30997−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juana F. Henriquez−Upia
   1677 JFK Blvd, Unit 6
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 3, 2022.

Dated: February 3, 2022
JAN: rah

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Juana F. Henriquez-Upia  
    Debtor

Case No. 18-30997-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Feb 03, 2022      Form ID: plncf13      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juana F. Henriquez-Upia, 1677 JFK Blvd, Unit 6, Jersey City, NJ 07305-1860 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517828559 | + | 1ST CRD SRVC, 377 HOES LANE, PISCATAWAY, NJ 08854-4138 |
| 517828564 | + | BK OF AMER, PO BOX 982238, EL PASO, TX 79998-2238 |
| 517862952 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517828562 | + | Barnabas Health Med Group, PO Box 8000 Dept 727, Buffalo, NY 14267-0002 |
| 517828563 | + | Bayonne Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 517828573 | + | First Credit Services Inc., PO Box 1089, Troy, MI 48099-1089 |
| 517828574 | + | GC Service Limited Partnership, PO Box 32500, Columbus, OH 43232-0500 |
| 517828590 | | George Serrano, 1677 Kenndedy Blvd. Unit 6, Jersey City, NJ 07305 |
| 517828575 | + | ID Care, 105 Raider Blvd. Ste 101, Hillsborough, NJ 08844-1528 |
| 517828576 | + | Lab Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517828578 | + | MOBILOANSLLC, PO BOX 1409, MARKSVILLE, LA 71351-1409 |
| 517828579 | + | MTA BRIDGES AND TUNNELS, PO BOX 15187, Albany, NY 12212-5187 |
| 517828581 | | NJ Medical and Health Associates, DBA Carepoint Medical Group, PO Box 824276, Philadelphia, PA 19182-4276 |
| 517828580 | + | Neurology Specialists Of Morris City, 101 Madison Ave, Morristown, NJ 07960-7305 |
| 519488930 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519488931 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517828585 | + | Raymour & Flanigan Furniture, PO Box 130, Liverpool, NY 13088-0130 |
| 517828586 | | Retro Fitness, 701 NJ 440, Jersey City, NJ 07304 |
| 517828591 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, PO Box 88026, Chicago, IL 60680 |
| 517828596 | + | TBOM/CONTFIN, POB 8099, NEWARK, DE 19714-8099 |
| 517828597 | | The Port Authority of NY & NJ, P.O. Box 15186, Violations Processing Center, Albany, NY 12212-5186 |
| 517828598 | | Total Property Concept, 70 Church Towers, Hoboken, NJ 07030 |
| 517936832 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517828601 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |
| 517828588 | | ricardo e. rodriguez, md, 318 westfield ave., Roselle Park, NJ 07204 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2022 22:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2022 22:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:38 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |

Case 18-30997-RG    Doc 90    Filed 02/05/22    Entered 02/06/22 00:13:14    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: plncf13 | Total Noticed: 63 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517828560 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Feb 03 2022 22:03:00 | Alliance One, PO Box 3102, Southeastern, PA 19398-3102 |
| 517942668 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517828565 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2022 22:05:32 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 517828566 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 22:03:00 | COMENITYBANK/VICTORIA, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 517828567 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 03 2022 22:03:00 | COMENITYCB/MYPOINTSRWD, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 517828570 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 03 2022 22:05:34 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517950259 | + | Email/Text: bncmail@w-legal.com | Feb 03 2022 22:04:00 | CarePoint Health, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517828568 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 03 2022 22:04:00 | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 517828572 | + | Email/Text: mrdiscen@discover.com | Feb 03 2022 22:03:00 | DISCOVER FIN SVCS LLC, PO BOX 15316, WILMINGTON, DE 19850-5316 |
| 517837953 | | Email/Text: mrdiscen@discover.com | Feb 03 2022 22:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517883332 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 03 2022 22:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517880630 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 22:05:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517828577 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 03 2022 22:04:00 | Liberty Mutual, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519488930 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 03 2022 22:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519488931 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 03 2022 22:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517828582 | + | Email/PDF: cbp@onemainfinancial.com | Feb 03 2022 22:05:32 | ONEMAIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 517828583 | + | Email/PDF: cbp@onemainfinancial.com | Feb 03 2022 22:05:32 | ONEMAIN FINANCIAL, 6801 COLWELL BLVD, IRVING, TX 75039-3198 |
| 517855818 | + | Email/PDF: cbp@onemainfinancial.com | Feb 03 2022 22:05:32 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517947473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 22:05:40 | Portfolio Recovery Associates, LLC, C/O comenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 517967798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 22:05:28 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517967799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 22:05:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517946917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 22:05:34 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 517947293 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 03 2022 22:05:28 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 517828584 | + | Email/Text: bknotifications@provident.com | Feb 03 2022 22:04:00 | Provident Funding, Po Box 5914, Santa Rosa, CA 95402-5914 |
| 517942661 | + | Email/Text: bknotifications@provident.com | Feb 03 2022 22:04:00 | Provident Funding Associates, L.P., 1235 North Dutton Ave., Suite E, Santa Rosa, CA 95401-4666 |
| 517828589 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 03 2022 22:04:00 | RPM Receivable Performance Management, 20816 44th Avenue West, Lynnwood, WA 98036-7799 |
| 517828592 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:38 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517828593 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:38 | SYNCB/TJX COS, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 517828594 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:38 | SYNCB/TJX COS DC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 517828595 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:38 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 517830509 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2022 22:05:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517828599 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 03 2022 22:03:00 | TOYOTA MOTOR CREDIT, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 517936832 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 03 2022 22:03:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517828600 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 03 2022 22:04:00 | Transworld System, Inc.-KGPort, PO Box 15273, Wilmington, DE 19850-5273 |
| 517935644 | + | Email/Text: documentfiling@lciinc.com | Feb 03 2022 22:03:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517828602 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 03 2022 22:04:00 | WEBBANK/FINGERHUT, 6250 RIDGEWOOD RD, SAINT CLOUD, MN 56303-0820 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517828571 | *+ | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 517828569 | *+ | Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 517828587 | * | Retro Fitness, 701 NJ 440, Jersey City, NJ 07304 |
| 517828561 | ## | Allied Interstate Inc., 7525 West Campus Road, New Albany, OH 43054-1121 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2022 | Form ID: plncf13 | Total Noticed: 63 |

Date: Feb 05, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Juana F. Henriquez-Upia ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Provident Funding Associates  L.P. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Provident Funding Associates  L.P. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Provident Funding Associates  L.P. ecf@powerskirn.com |

TOTAL: 8