Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−30997−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juana F. Henriquez−Upia
   1677 JFK Blvd, Unit 6
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−0878

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/7/22 at 10:00 AM

to consider and act upon the following:

**93** − Certification in Opposition to (related document:91 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/10/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Juana F. Henriquez−Upia. (Low, Russell)

Dated: 8/11/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court